| PROB 22<br>(Rev. 8/97) **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)*<br>3:94CR03032-002 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| James Dalton Bryant<br>1303 Packsaddle Lane<br>Baytown, Texas 77521 | Northern District of Florida | Pensacola | |
| | NAME OF SENTENCING JUDGE | | |
| | U. S. District Judge Roger Vinson | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>10/3/2006 | TO<br>10/2/2010 |

| OFFENSE<br>Conspiracy to Possess with Intent to Distribute LSD<br>21 U.S.C. § 841(b)(1)(B)(v) & § 846 |
|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Florida

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Southern District of Texas on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

_____
Date

_____
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of Texas

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

May 22, 2007
_____
Effective Date

_____
United States District Judge

07 JUN 18  PM 3:57